IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| METAL INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-549 T |
| | ) | Judge Lawrence S. Margolis |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Jacob E. Christensen, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Jacob E. Christensen, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

Dated: August 8, 2006

s/Jacob Christensen
JACOB E. CHRISTENSEN
Justice Department (Tax)
Court of Federal Claims Section
(202) 307-0878
Fax: (202) 514-9440