# In the United States Court of Federal Claims

| | |
|---|---|
| METAL INDUSTRIES, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 06-549T (Filed: November 29, 2006) |

## ORDER

An initial status conference by telephone is scheduled in the above case for Wednesday, January 10, 2007, at 2:30 p.m. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims